IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| CENTRUE BANK,<br>    *Plaintiff and Judgment Creditor,* | )<br>)<br>) |
| v. | )  No. 2:05-cv-2169<br>) |
| PREMIER DATA SOLUTIONS, INC.,<br>    *Defendant and Judgment Debtor,* | )<br>)  Return Date: June 7, 2006<br>) |
| ZLB BEHRING L.L.C.,<br>    *Garnishee Defendant.* | )<br>) |

**FILED**
JUN 0 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### INTERROGATORIES TO GARNISHEE

1. When you were served with the garnishment summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he had an interest?
Answer: **NO** (yes or no)

2. If your answer to No. 1 is yes, describe the property:

3. When you were served with the garnishment summons were you otherwise indebted to the judgment debtor, no matter when payable? Answer: **YES** (yes or no)

4. If your answer to No. 3 is yes, state for each such debt:
Description: **OPEN PURCHASE ORDER FOR IT HELP DESK SUPPORT (INV. SERVICE DATES 5/1 - 5/15/06)**
Amount: $ **2,220.00**
Date due: **CURRENTLY DUE**

(Attach additional sheets if necessary)

**Affidavit**

Being first duly sworn, the undersigned states that he or she is the **SENIOR COUNSEL** (insert title) of garnishee ZLB Behring L.L.C. and authorized to make this affidavit on its behalf; that the answers set forth above are true; and that as required by 735 ILCS 5/12-707 copies of these answers have been mailed to judgment debtor and judgment creditor's attorney by mailing to:
   Premier Data Solutions, Inc., 1090 Lesco Road, Kankakee, IL 60901;
   The Sharp Law Firm, P.C., 1115 Harrison, P.O. Box 906, Mt. Vernon, IL 62864.

Signed and sworn to before me on **June 1st**, 2006.

_____
Signature

_____
Notary Public

Note: A copy of these answers also must be filed with the Clerk of the Court, United States Courthouse, 201 S. Vine St., Urbana, Illinois 61801.

sara\wpdocs\Centrue\Premier\ZLB Premier Garnishment

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Amelia McCullen, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires Dec. 22, 2008
Member, Pennsylvania Association of Notaries

ZLB Behring
1020 First Avenue
PO Box 61501
King of Prussia, PA 19406-0901
www.zlbbehring.com

# ZLB Behring

1 June 2006

RECEIVED
JUN 0 6 2006
U.S. CLERK'S OFFICE
URBANA, IL

John T. Hundley, Esq.
The Sharp Law Firm, PC
1115 Harrison, PO Box 906
Mt. Vernon IL 62864

Re: Premier Data Solutions

Dear Mr. Hundley,

Please find attached, per the Garnishment Summons, Garnishment Notice, and Interrogatories to Garnishee, ZLB Behring's responses as Garnishee Defendant. For purposes of clarity, ZLB Behring's facility in Kankakee has an ongoing business relationship with Premier Data Solutions ("PDS") whereby PDS provides Information Technology Help Desk Support. Under that arrangement, there is a current invoice due of $2,220 for services provided by PDS from 05/01/2006 through 05/15/2006. ZLB Behring's records do not reflect that it is holding property of PDS, and has no record of any other payables or amounts due PDS, although it is likely that future invoices from PDS relating to the existing business arrangement will come due in the ordinary course of business.

Very truly yours,

John B. Neff, Jr.
Senior Counsel

Enclosure

Cc:   Premier Data Solutions, Inc. 1090 Lesco Road, Kankakee IL (Attn: President)
      Clerk of the Court, United States Courthouse, 201 South Vine Street, Urbana, IL 61801
      Greg Boss (w/o enclosure)
      Steve Wroblewski (w/o enclosure)